**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Walsh Construction Company II, LLC

Plaintiff,

v.

Case No.: 1:22−cv−06842
Honorable Thomas M. Durkin

Lexington Insurance Company

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 13, 2023:

MINUTE entry before the Honorable Thomas M. Durkin: The Court is in receipt of the Initial Joint Status Report and enters the following schedule. The deadline for Rule 26(a)(1) disclosures is 3/7/2023. Initial written discovery to be issued by 3/31/2023. Liability discovery is to be completed by 9/21/2023. The deadline to amend pleadings is 10/23/2023. A telephone status hearing is set for 6/2/2023 at 9:00 a.m. To join the telephone conference, dial 877−402−9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.