**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Walsh Construction Company II, LLC
Plaintiff,
v.
Case No.: 1:22−cv−06842
Honorable Thomas M. Durkin
Lexington Insurance Company
Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 25, 2024:

MINUTE entry before the Honorable Thomas M. Durkin: The court enters the following agreed briefing schedule on Walsh's Motion to Strike Defective Local Rule 56.1 Statement [40] and Walsh's Motion to Exclude Declaration of Reports of Rachel Domingo [41]: Lexington's responses to the motions are due 5/3/2024; Walsh's replies in support of the motions are due 5/24/2024. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.